USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
BRAULIO THORNE, *on behalf of himself and* : 
*all others similarly situated*, :
 :
                              Plaintiff, :     18-CV-2371 (VEC)
 :
               -against- :     <u>ORDER</u>
 :
SUN LIFE FINANCIAL (U.S.) SERVICES :
COMPANY, INC., :
 :
                            Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS by letter dated May 25, 2018, the parties reported to the Court that they have reached a settlement of this matter;

    WHEREAS on May 30, 2018 the Court entered an Order directing that this action be dismissed without costs on **June 20, 2018** unless before that date one or more of the parties filed a letter with the Court requesting that the action not be dismissed or stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement; and

    WHEREAS no party filed a letter with the Court requesting that this action not be dismissed;

    IT IS HEREBY ORDERED that this action shall be dismissed. The Clerk of Court is respectfully requested to terminate any open motions and close the case.

**SO ORDERED.**

**Date: June 29, 2018**
**New York, NY**
                                                        **VALERIE CAPRONI**
                                                        **United States District Judge**